IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In Re: Mammoth Energy Services, Inc. | : | Civil Action No. 19-1682-RGA |
| Consolidated Stockholder Litigation | : | |
| | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on August 3, 2020, due to related litigations that are presently pending out of district (see D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**.  The parties shall promptly notify the Court when the related litigations have been resolved so this case may be reopened and other appropriate action may be taken.

August 6, 2020                              /s/ Richard G. Andrews
        DATE                                    UNITED STATES DISTRICT JUDGE