# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Mammoth Energy Services, Inc. Consolidated Stockholder Litigation | No. 19 Civ. 1682 (RGA) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Aaron Randall, Mohammad Shaer, Christopher Jones; Nominal Defendant Mammoth Energy Services, Inc.; and Defendants Arty Straehla, Mark Layton, Arthur Amron, Paul V. Heerwagen IV, Marc McCarthy, Jim Palm, Matthew Ross, Arthur Smith, and Wexford Capital LP respectfully submit this Joint Notice of Settlement to inform the Court as follows:

1. They have reached an agreement in principle and are in the process of finalizing settlement documentation within the next 60 days.

2. Plaintiffs anticipate filing a motion for preliminary approval of the settlement as soon thereafter as reasonably practicable.

3. This notice of settlement is not intended to modify the stay imposed by this Court (D.I. 30) or the stay imposed by section 362(a) of the Bankruptcy Code with respect to Defendant Gulfport Energy Corporation (D.I. 32).

Dated: February 5, 2021

| | |
|---|---|
| **ABRAMS & BAYLISS LLP** | **ROSS ARONSTAM & MORITZ LLP** |
| */s/ Michael A. Barlow* | */s/ Bradley R. Aronstam* |
| Michael A. Barlow (#3928) | Bradley R. Aronstam (#5129) |
| Matthew L. Miller (#5837) | Anne M. Steadman (#6221) |
| 20 Montchanin Road, Suite 200 | 100 S. West Street, Suite 400 |
| Wilmington, Delaware 19807 | Wilmington, Delaware 19801 |
| (302) 778-1000 | (302) 576-1603 |
| barlow@abramsbayliss.com | baronstam@ramllp.com |
| miller@abramsbayliss.com | asteadman@ramllp.com |

*Attorneys for Defendants Arty Straehla and Mark Layton and Nominal Defendant Mammoth Energy Services, Inc.*

*Attorneys for Defendants Arthur Amron, Paul V. Heerwagen IV, Marc McCarthy, Jim Palm, Matthew Ross, Arthur Smith, Gulfport Energy Corporation, and Wexford Capital LP*

OF COUNSEL:

OF COUNSEL:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky
Jacob J. Waldman
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com

**LATHAM & WATKINS LLP**
James E. Brandt
Jason C. Hegt
885 Third Avenue
New York, New York 10022
(212) 906-1200
james.brandt@lw.com
jason.hegt@lw.com

Harry A. Olivar, Jr.
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
harryolivar@quinnemanuel.com

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
(212) 686-1060
pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
(516) 922-5427
tbrown@thebrownlawfirm.net

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, New York 10006
(212) 363-7500
gnespole@zlk.com

*Co-Lead Counsel for Plaintiffs*